UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DESMOND WITHERSPOON,<br><br>       Plaintiff,<br>  v.<br><br>A&A STORAGE,<br><br>       Defendant. | Civil Action No. 14-5644 (SRC)<br><br>**OPINION** |

**CHESLER**, District Judge

  This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon ("Plaintiff" or "Witherspoon") to proceed in forma pauperis without prepayment of fees, pursuant to 28 U.S.C. § 1915.  Based on Plaintiff's affidavit of indigence, the Court finds that Plaintiff qualifies for in forma pauperis status pursuant to 28 U.S.C. § 1915 and will direct that the Complaint be filed.  However, for the reasons set forth below, the Complaint must be dismissed.

  The Court must independently verify that it has subject matter jurisdiction over an action. Liberty Mut. Ins. Co. v. Ward Trucking Corp., 48 F.3d 742, 750 (3d Cir. 1995).  In keeping with that obligation, the Court has reviewed Witherspoon's Complaint. The Complaint seeks $10,000 and states only that his cause of action is the biased refusal to provide services to the homeless. Based on this minimal information, the Court cannot determine that a federal cause of action has been stated, such that there is jurisdiction under 28 U.S.C. § 1331.  Jurisdiction under 28 U.S.C. § 1332 is also lacking, as the citizenship of the parties is not pled and the minimum amount of controversy is unmet.  Because the Court cannot satisfy itself that it has subject matter

jurisdiction over this action, it must dismiss the action pursuant to Federal Rule of Civil

Procedure 12(h)(3).

An appropriate Order will be filed.


　　　　　　　　　　　　　　　　　　　　　　　s/Stanley R. Chesler
　　　　　　　　　　　　　　　　　　　　　　STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: September 17, 2014